United States District Court
Central District of California

UNITED STATES OF AMERICA vs.   ORIGINAL   CR __01-629 GHK__
Defendant **BIRNBAUM, BENJAMIN**         Social Security # 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
Residence 36819 Cadmia Court             Mailing Address:____SAME____
         Palmdale, CA 93552

-------------------------------------------------------------------

JUDGMENT AND PROBATION/COMMITMENT ORDER

-------------------------------------------------------------------

In the presence of the attorney for the government, the defendant appeared in person, on: December 10, 2001,

ENTERED
CLERK. U S DISTRICT COURT

ENTERED
DEC 26 2001

CENTRAL DISTRICT OF CALIFORNIA

XX WITH COUNSEL __Ellen Barry,__

XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.
FINDING:
There being a FINDING OF XX GUILTY, defendant has been convicted as charged of the offense(s) of: **Use of Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity in violation of Title 18 USC 2422(b), as charged in the Single-Count Indictment.**

The Court asked whether defendant had anything to say why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted: **It is ordered** that the defendant shall pay to the United States a special assessment of **$100**, which is due immediately.  Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived, as it is found that such sanctions would place an undue burden on the defendant's dependents. Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the custody of the Bureau of Prisons for a term of: **Thirty (30)** months.  Upon release from imprisonment the defendant shall be placed on supervised release for a term of **three (3) years** under the  under the following terms and conditions:  **1)** the defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;  **2)** during the period of community supervision the defendant shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment;  **3)** the defendant shall notify the court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the ability to special assessments;  **4)** the defendant shall participate in a program approved by the Probation Office for the treatment and monitoring of sex offenders;  **5)** the defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Officer;  **6)** the defendant shall not possess or have access to any device which offers Internet access.  In addition, unless the defendant obtains approval of the Probation Officer, he shall not possess or have access to in the workplace, any device which offers Internet access;  **7)** the defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18, except in the presence of another adult who is the parent or legal guardian of said minor, and only on the condition that the defendant notifies said parent or guardian of his conviction in the instant offense.  This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services.  Further, the defendant is not to obtain employment such that he is placed in regular contact with young females, such as employment as a cashier at a clothing store that caters to young girls, without the prior approval of the Probation Officer;  **8)** the defendant shall not possess or obtain any child pornography or patronize any place where such material or entertainment is available;  **9)** the defendant shall not loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18;

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

ENTER ON ICMS

DEC 26 2002

48

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Docket No CR 01-629 GHK

UNITED STATES OF AMERICA
              vs.
BIRNBAUM, BENJAMIN                                    Date _____ December 10, 2001

------------------------------------------------------------------------

JUDGMENT AND PROBATION/COMMITMENT ORDER

------------------------------------------------------------------------

Continued from Page 1

**10)** the defendant shall not be employed by, affiliated with, own, control or otherwise participate directly or indirectly in conducting the affairs of any day-care facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

The drug testing condition mandated by statute is suspended based o the Court's determination that the defendant poses a low risk of future substance abuse.

**Defendant informed of right to appeal.**

SIGNED BY: U. S. DISTRICT JUDGE: _____
                                        GEORGE H. KING

**Page 2 of 4**

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                        SHERRI R. CARTER, CLERK OF COURT

FILED: __DEC 21 2001__
       Month / Day / Year              Beatrice Herrera, Deputy Clerk

**U.S.A. vs _____Benjamin Birnbaum_____**                    **Docket No.: CR  01-629  GHK**

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05.

## Statutory Provisions Pertaining to Payment and Collection of Financial Sanctions

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

        1. Special assessments pursuant to 18 U.S.C. §3013;
        2. Restitution, in this sequence:
                Private victims (individual and corporate),
                Providers of compensation to private victims,
                The United States as victim;
        3. Fine;
        4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
        5. Other penalties and costs.

## Special Conditions for Probation and Supervised Release

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

U.S.A. vs _Benjamin, Birnbaum_____                     Docket No.:___CR 01-629 GHK_____

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on_____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____        BY:_____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____        BY: _____
                                                  Beatrice Herrera ,   Deputy Clerk